**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DOUGLAS EUGENE MILES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:25-CV-312 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Douglas Eugene Miles, a pretrial detainee at the Jefferson County Correctional Facility, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against the State of Texas.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On November 17, 2025, the magistrate judge entered a Report and Recommendation in which she recommended granting Plaintiff's voluntary motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1) (#6).  To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#6) is **ADOPTED**.  A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 7th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE